# Exhibit 1

Heath v. Pierce County & Shanks
Cause 3:19-cv-06019-RJB
Exhibit to Plaintiff's SJ response

K17-009385

Scott vs. Harris – PIT is considered deadly force AND that's OK.
Plumbhoff vs. Rickard – The pursuit is an on-going deadly force threat
Mullenix vs. Luna – Deputy shoots pursued vehicle 6 times w/rifle killing Luna (4 shots to the chest). Deadly Force OK, doesn't matter if intent was to shoot engine, pursuit in itself e..ough to justify deadly force.



PLUMBHOFF

From Det. Kevin Johnson, P.C.S.O. 10/05/17
Cited During interview of Robert "Glen" Carpenter
M. Grant #48, Detective Kitsap County.